11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Antonio B. Farzley et al

Appellants

Vs.                   No. 11-01-00013-CV B Appeal from Dallas County

Richard McClelland and Emily McClelland

Appellees

 

The parties have filed in this court a joint
motion to dismiss the appeal.  The
parties state in their motion that Aall matters and issues in controversy between the parties have been
successfully settled and compromised.@  The motion is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

October 18, 2001

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.